In the Matter of ISIDORE WITTNER et al., Appellants, against CHARLES A. HARNETT, as Commissioner of Motor Vehicles of the State of New York, et al., Respondents.

(Argued June 9, 1933; decided July 11, 1933.)

*Edward G. Griffin* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Henry Epstein* of counsel), for Charles A. Harnett, as Commissioner, etc., respondent.

*Harold Riegelman* and *H. H. Nordlinger* for Yellow Taxi Corporation of New York et al., respondents.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.